# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Juan Espinal Zamora,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:21-cv-00116-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Gary McFadden,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2021 Order.

March 25, 2021

Frank G. Johns, Clerk
United States District Court